**No. 53692.**—Collin & Gissel v. United States, protests 122974–K, etc. (Galveston).

Opinion by LAWRENCE, J. It was stipulated that the merchandise consists of vertical field balances, gravity meters, and parts thereof, similar in all material respects to the field balances and gravity meters the subject of *Asiatic Petroleum Corp.* v. *United States* (19 Cust. Ct. 3, C. D. 1058), *American Askania Corp.* v. *United States* (20 id. 302, Abstract 52267), and *American Askania Corporation* v. *United States* (21 id. 26, C. D. 1121). Following the cited authorities the vertical field balances and gravity meters were held dutiable at 27½ percent under paragraph 372 as machines, not specially provided for, plus the uncontroverted copper tax assessment where applicable. Inasmuch as paragraph 372 provides that "parts, not specially provided for * * * of any of the foregoing, shall be dutiable at the same rate of duty as the articles of which they are parts," it was held that the parts of said vertical field balances and gravity meters are likewise dutiable at 27½ percent under paragraph 372 as parts of machines, not specially provided for, plus the uncontroverted copper tax assessment where applicable. The protests were sustained to this extent.

BEFORE THE THIRD DIVISION, NOVEMBER 3, 1949

**No. 53693.**—Loewengart & Co. v. United States, protest 146414–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issues and facts herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it involves the quantities reported by the inspector as "manifested, not found," is subject to an allowance in duties. The protest was sustained to this extent.

**No. 53694.**—Three G Distillers Corp. v. United States, protest 955181–G (Los Angeles).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.